# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00139-CV

**Timothy J. Noble, Appellant**

**v.**

**Arnold Csan, Jr. and Kimberly K. Csan, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 210,940-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, Timothy J. Noble, has filed a motion to dismiss this appeal. Appellant states that the parties have settled all matters in dispute and that the appeal is therefore moot. The appellees do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   July 15, 2008